IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:97-cr-00046-MP

JOHN CLIFFORD WILLIAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 263, Motion to Continue Violation of Supervised Release Hearing, filed by the defendant. The government does not object. Accordingly, the motion is granted, and the Clerk is directed to reset the hearing for February 7, 2008, at 9:30 a.m.

**DONE AND ORDERED** this  17th  day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge