IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:97-cr-00046-MP-AK

JOHN CLIFFORD WILLIAMS,

    Defendant.
_____/

**O R D E R**

This matter is currently set for a hearing on September 12, 2008, on a petition alleging a violation of supervised release. Defendant, however, has recently been arrested by state authorities. Accordingly, the hearing currently set for September 12, 2008, is hereby continued and will be reset by separate notice. The Clerk is also directed to issue a warrant for Mr. Williams to be arrested on the Petition alleging a violation of supervised release. Any prior bond is hereby revoked

    **DONE AND ORDERED** this   15th   day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge