IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:97-cr-00046-MP-AK

JOHN CLIFFORD WILLIAMS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 323, Motion Authorization to Release Presentence Report by John Clifford Williams. The motion is granted, and the Clerk or probation office is authorized to release the PSR to the Federal Public Defender.

**DONE AND ORDERED** this  *21st*  day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge