IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 1:97-cr-00046-MP-AK

JOHN CLIFFORD WILLIAMS,

    Defendant.
_____/

**O R D E R**

This matter came before the Court for a final hearing regarding revocation of supervised release, on January 22, 2009. As stated during the hearing, supervised release is revoked, but Defendant will be permitted to self-surrender February 27, 2009 to the United States Marshal in Gainesville, FL . He remains at liberty under the same terms and conditions previously imposed, with the following additional conditions:

    (1) Defendant shall not leave the Northern District of Florida.

    (2) Defendant shall have no contact with Joyce Simmons, except for the official proceedings involving the adoptive status of their child.

    (3) Defendant is subject to a curfew from 9:00 p.m. to 6:00 a.m.

The warrant previously issued on Mr. Williams is hereby quashed, as he will be allowed to self-surrender.

    **DONE AND ORDERED** this _23rd_ day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge